** FILED ** Env: 34209912
McHenry County, Illinois
2025LA000269
Date: 8/27/2025 5:41 PM
Katherine M. Keefe
Clerk of the Circuit Court

**IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL DISTRICT**
**MCHENRY COUNTY, ILLINOIS**

| | | |
|---|---|---|
| JUDITH CAPPELEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: |
| v. | ) | |
| | ) | |
| KOHL'S, INC. | ) | **2025LA000269** |
| | ) | |
| Defendant. | ) | |

> NOTICE
> THIS CASE IS HEREBY SET FOR A SCHEDULING CONFERENCE IN COURTROOM TBD ON 11/26/2025, AT 9:00 a.m. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

## COMPLAINT AT LAW

### COUNT I
### JUDITH CAPPELEN V. KOHL'S, INC.

Plaintiff, Judith Cappelen (hereinafter "Cappelen"), through her attorneys, Vito & Dollenmaier Law, and complaining of Defendant, Kohl's, Inc. (hereinafter "Kohl's"), alleges, as follows:

1. At all times relevant, Cappelen resided in McHenry County, Illinois.

2. At all times relevant, Kohl's was a Delaware corporation and doing business in McHenry County, Illinois.

3. At all times relevant, Cappelen was lawfully present at the location of her fall, 734 S Randall Rd, Algonquin, Illinois 60102.

4. At all times relevant, Cappelen was in exercise of due care and caution for her own safety and for the safety of others.

5. On or about July 3, 2024, at the aforementioned location, Kohl's either individually or jointly through its agents and/or employees, owned, operated, controlled, and/or maintained a facility at 734 S Randall Rd, Algonquin, Illinois 60102.

1

6.      That on or about July 3, 2024, Cappelen was walking on common property on the facility owned and managed by Kohl's.

7.      That on or about the aforementioned date and place, Cappelen tripped on a clothing rack negligently left in a store aisle, fell, and injured herself.

8.      At all times relevant, Kohl's, either individually or jointly through its agent, owed to Cappelen a duty of care to operate, maintain, and control the aforementioned premises in a safe and lawful manner.

9.      Notwithstanding said duty, at the aforesaid date and place, Kohl's was guilty of one or more of the following careless and negligent acts or omissions:

(a)      Negligently designed the aisle where Plaintiff was injured;

(b)      Negligently maintained the aisle where Plaintiff was injured;

(c)      Failed to provide a good, safe, and proper place for the Plaintiff to use, occupy, and walk upon while on the premises;

(d)      Negligently failed to provide adequate warning of objects on the floors;

(e)      Negligently permitted persons lawfully on the premises, including Plaintiff, to use the store area when the Defendant knew, or by the exercise of reasonable care should have known, of its dangerous condition;

(f)      Was otherwise careless and negligent in the operation of its premises.

10.      As a direct and proximate result of one or more of the foregoing acts and/or omissions of Kohl's, Cappelen suffered and will continue to suffer injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, Judith Cappelen, demands judgment against Defendant, Kohl's, Inc., in an amount in excess of $50,000, plus the costs of this lawsuit, and any other relief the court deems just.

Joseph V. Vito

Joseph V. Vito
ARDC #: 6284193
Nicholas S. Dollenmaier
ARDC #: 6326825
Vito & Dollenmaier Law
3701 Algonquin Road, Suite 330
Rolling Meadows, IL 60008
jvito@vanddlaw.com
nick@vanddlaw.com
(224) 539-8821

** FILED ** Env: 34209912
McHenry County, Illinois
2025LA000269
Date: 8/27/2025 5:41 PM
Katherine M. Keefe
Clerk of the Circuit Court

**IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL DISTRICT**
**MCHENRY COUNTY, ILLINOIS**

| | |
|---|---|
| JUDITH CAPPELEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.:   **2025LA000269** |
| | ) |
| KOHL'S, INC. | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT

I, Joseph V. Vito, attorney for Plaintiff, state under oath:

1.      I am the attorney for Plaintiff in this matter.

2.      The total money damages sought exceeds $50,000.00, exclusive of interests and costs.

_____
Joseph V. Vito

Joseph V. Vito
ARDC #: 6284193
Nicholas S. Dollenmaier
ARDC #: 6326825
Vito & Dollenmaier Law
3701 Algonquin Road, Suite 330
Rolling Meadows, IL 60008
jvito@vanddlaw.com
nick@vanddlaw.com
(224) 539-8821